Anton IVUSICH, Appellant, v. CUNARD WHITE STAR, Limited, Appellee.

No. 160.

Circuit Court of Appeals, Second Circuit.

Jan. 22, 1946.

Writ of Certiorari Denied May 27, 1946.

See 66 S.Ct. 1345.

Jacob Rassner, of New York City, for appellant.

Frederick H. Cunningham and Reid, Cunningham & Freehill, all of New York City, for appellee.

Before L. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion below, 65 F.Supp. 412.